Jonathan Wheeler, Esquire
jwheeler@wdblegal.com

Anthony DiUlio, Esquire
adiulio@wdblegal.com

Mario Barnabei, Esquire
mbarnabei@wdblegal.com

Vincent J. Doto, Esquire*
vdoto@wdblegal.com

Admitted to PA & NJ Bars
*Admitted to PA Bar only



**WHEELER DiULIO & BARNABEI**

THE PROPERTY DAMAGE ATTORNEYS

www.wdblegal.com

PHILADELPHIA OFFICE
215.568.2900
215.568.2901
1617 JFK Boulevard, Suite 1270
Philadelphia, PA 19103

NEW JERSEY OFFICE
856.874.1447
215.568.2901
1040 Kings Highway North, Suite 205
Cherry Hill, NJ 08034

501-NFAD

May 7, 2019

**Via E-Courts**
Honorable Karen M. Williams
United States Magistrate Judge
 for the District of New Jersey
4th & Cooper Streets
Camden, NJ  08101

   **Re:** **HN Realty Inc. v. Seneca Specialty Insurance Company**
      **Superior Court of New Jersey, Camden County, Law Division**
      **Civil No. 18-10227-NLH-KMW**

Dear Judge Williams:

Please be advised that the parties have amicably resolved this matter.

               Respectfully,

               ANTHONY DiULIO

AD/at

cc: Gerald J. Dugan, Esquire (*via ecourts*)